LYMAN BRIGHTMAN v. J. M. WORD, ADMINISTRATOR, ETC.

B. sold a piece of land to G., and, to secure payment for the same, took a
    mortgage on two slaves, who were emancipated before the debt was
    paid. *Held*, that the mortgage of the slaves did not pass the property
    in them, and their loss as property fell upon G., on their emancipation;
    but by taking a mortgage upon the slaves, B. waived his vendor's lien
    upon the land.

APPEAL from Goliad. Tried below before the Hon. Daniel
D. Claiborne.

The head-note sufficiently indicates the facts of the case.

*C. A. Russell* for the appellant.

No brief for the appellee has reached the hands of the
reporter.

WALKER, J. The property in the negro woman and child did not pass absolutely under the mortgage, but taking a mortgage over other property than the land sold, released the vendor's lien.

When the slaves were emancipated, they were still the property of the mortgagor, and the maxim *res perit domino* must apply; but the court erred in decreeing a vendor's lien.

The judgment of the District Court must be reversed and the cause remanded.

Reversed and remanded.